AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

MARSHALL PAINTING, INC.
a/k/a Marshall Painting Inc.

CASE 1

Case: 1:07-cv-00925
Assigned To : Roberts, Richard W.
Assign. Date : 5/17/2007
Description: Labor-ERISA

TO: (Name and address of Defendant)

MARSHALL PAINTING, INC.
  a/k/a Marshall Painting Inc.
403 33rd Street S.W.
Rochester, MN  55903

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SANFORD G. ROSENTHAL, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA  19106

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON        MAY 17 2007
CLERK                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE: 15, June 2007 |
| NAME OF SERVER (PRINT): Thomas H. Lindrud | TITLE: Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 403 33RD St. S.W., Rochester, MN. 55902

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Name of Person Served: Glenn A. Marshall  Title: C.E.O./Owner

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/15/2007
           Date

Signature of Server: Thomas H. Lindrud

**LEGAL ERRANDS, INC.**
**1313 Race Street**
**Philadelphia, PA 19107**
**215-751-1124**

Address of Server: 3936 Hwy. 52 N. #205, Rochester, MN. 55901

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.